

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

## NO. 02-13-00446-CV

PETER PAYNE, MARY BETH                                                    APPELLANTS
PAYNE, DAVID HOWARD,
OKSANA HOWARD, CHRISTINA
CHILDRES, DONNA HARRIS, AND
MELVIN HARRIS

V.

THE CITY OF FRISCO                                                            APPELLEE

------------

FROM THE 431ST DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 2011-70650-431

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On July 24, 2014, we ordered Appellants to file a jurisdictional brief, no later than August 13, 2014, addressing the complicated procedural history of this case and whether we have jurisdiction over the purported appeal. On September 4, 2014, we notified Appellants that their jurisdictional brief had not been filed and

---

[1]*See* Tex. R. App. P. 47.4.

informed them that we could dismiss the appeal unless they or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3, 44.3.  On September 18, 2014, Appellants filed an unopposed motion to dismiss.  *See* Tex. R. App. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.[2]  *See* Tex. R. App. P. 43.2(f).  We tax costs against Appellants, for which let execution issue.  *See* Tex. R. App. P. 42.1(d), 43.4.

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  October 9, 2014

---

[2]Appellee also filed a motion to dismiss the appeal based on Appellants' failure to file a jurisdictional brief and failure to respond to our September 4, 2014 notice. *See* Tex. R. App. P. 42.3(b), (c).  Based on Appellants' motion, we need not decide Appellee's motion to dismiss.